THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LAWRENCE BERTRAM STEIN, Appellant.—

In our opinion the jury's verdict finding defendant guilty of assault in the second degree with intent to commit rape, is against the weight of the evidence, and a new trial is required in the interests of justice (Code Crim. Pro., § 527). Ughetta, Acting P. J., Kleinfeld, Christ, Hill and Rabin, JJ., concur.